1 The People of the State of Colorado, Plaintiff-Appellee, v. Jeremy David Costley, Defendant-Appellant. No. 19CA0592
Court of Appeals of Colorado, Third Division
January 6, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Costilla County District Court No. 17CR6 Honorable Pattie P.
 Swift, Judge
 
 
 
 OPINION
 
 
 
 LIPINSKY, JUDGE
 
 
 JUDGMENT
 REVERSED AND CASE REMANDED WITH DIRECTIONS
 
 
 Furman
 and Brown, JJ., concur.